# Edwards & Angell LLP

101 Federal Street  Boston, MA 02110  617.439.4444  *fax* 617.439.4170

**Elizabeth M. Anderson**
Associate
617.951.2265
eanderson@EdwardsAngell.com

April 20, 2004

**VIA FEDEX**
U.S. District Court for the District of Massachusetts
attn: Deborah Keefe
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:  Federal Express Corporation v. Accu-Sort Systems, Inc.

Dear Deborah:

We filed a Plaintiff's Motion to Quash a Subpoena with the District of Massachusetts on April 20, 2004. The Motion included a Memorandum in Support of the Motion and an Affidavit of Robert R. Ross. After filing that Motion and the Affidavit, we received via Federal Express the original signed copy of the Affidavit, which is enclosed with this letter. We would like to file this copy in place of the affidavit we filed on April 20, which included a faxed signature page rather than an original signature. If you have any questions regarding this Affidavit, please do not hesitate to contact me at the above phone number.

Also enclosed is the $39 filing fee for motions filed in an action from another court. I have included a caption of the case on the check as you requested.

Thank you very much for your assistance.

Sincerely,

*Elizabeth M. Anderson*

Elizabeth M. Anderson
Associate

Enclosures

cc: Steven Cowley