UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   MISCELLANEOUS CASE NO. _04-10115_____

TITLE: _Federal Express v. Accu-Sort Systems, Inc_

## NOTICE

Please take notice that the above-entitled miscellaneous contested matter has been transferred to the civil docket and assigned to Judge _O'Toole_ as Civil Action No. _04-10936_. From this date forward please make sure that this case number appears on all pleadings and that all future correspondence with the Clerk's Office of the District Court has the proper number on the envelope, as well as on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

TONY ANASTAS,
CLERK OF COURT

BY: _[signature]_
Deputy Clerk

DATE: _5/11/04_

cc:

(MBDCivTr.Not - 12/98)   [ntcmcdkt.]