IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Federal Express Corporation
                Plaintiff,

v.

Accu-Sort Systems, Inc.
                Defendant.

Civil Action No. 04-10936

**JOINT STIPULATION AND ORDER
TO STAY ALL DUTIES ARISING UNDER THE SUBPOENA
AND FEDERAL EXPRESS CORPORATION'S MOTION TO QUASH**

WHEREAS, this matter arises out of a lawsuit between Federal Express Corporation ("FedEx") and Accu-Sort Systems, Inc. ("Accu-Sort") pending in the United States District Court for the Western District of Tennessee, Western Division;

WHEREAS, on or about April 7, 2004, Accu-Sort served a Subpoena *Duces Tecum* (the "Subpoena") on Nixon Peabody LLP, the attorneys for the parties opposing FedEx in a recently settled lawsuit brought in the Middlesex Superior Court under the caption *DataSafe, Inc. v. Federal Express Corporation,* No. 01-2590, to produce certain documents to counsel for Accu-Sort on April 29, 2004;

WHEREAS, on or about April 20, 2004, FedEx filed a Motion to Quash the Subpoena or, in the alternative, to stay any response to the Subpoena in order to allow the Court in the Western District of Tennessee to

address Accu-Sort's anticipated motion to compel FedEx to produce a duplicative set of documents ("FedEx's Motion to Quash");

WHEREAS, the parties have agreed to stay Nixon Peabody LLP's duties under the Subpoena and the proceeding in this Court regarding FedEx's Motion to Quash until the Court in the Western District of Tennessee rules on Accu-Sort's anticipated motion to compel FedEx to produce documents; and

IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES that:

1. Nixon Peabody LLP's duties under the Subpoena and FedEx's Motion to Quash are hereby STAYED until the Court in the Western District of Tennessee decides Accu-Sort's anticipated motion to compel FedEx to produce documents.

2. Accu-Sort will file the necessary motion with the U.S. District Court for the Western District of Tennessee to compel the production of documents identified in the subpoena attached hereto as Exhibit A.

3. Accu-Sort and FedEx agree to be bound by all findings and determinations made by the Court in the Western District of Tennessee in deciding Accu-Sort's anticipated motion to compel FedEx to produce documents that are relevant to the documents requested in the Subpoena or to FedEx's Motion to Quash. Notwithstanding the foregoing, Accu-Sort and FedEx agree they will not reassert any arguments or objections in this Court that were made or could have been made in the Court's determination of Accu-Sort's anticipated motion to compel FedEx to produce documents in the Western District of Tennessee.

- 3 -

Respectfully submitted,

_____
Steven M. Cowley (BBO No. 554534)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel. (617) 439-4444
Fax (617) 439-4170

*Attorneys for Plaintiff*
*Federal Express Corporation*

Dated: May 18, 2004

_____
John J. O'Malley
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17h Street,
Philadelphia, PA 19103
Tel. (215)568-6400
Fax (215)568-6499

*Attorneys for Defendant*
*Accu-Sort Systems, Inc.*

Dated: May 18, 2004

IT IS SO ORDERED this ___ day of May 2004.

_____
                                                        J.