IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL EXPRESS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ACCU-SORT SYSTEMS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:04-cv-10936 GAO<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, by and between the plaintiff, Federal Express Corporation, and the defendant, Accu-Sort Systems, Inc., that the complaint be dismissed without prejudice and with each party to bear its own costs and attorney's fees.

Respectfully Submitted,

/s/Steven M. Cowley
Steven M. Cowley (BBO No. 554534)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 439-4444
Fax: (617) 439-4170

Attorneys for Plaintiff,
Federal Express Corporation

/S/ Stephen M. Muller
Stephen M. Muller (BBO No. 646699)
WILMER CUTLER PICKERING
 HALE and DORR, LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Attorneys for Defendant,
Accu-Sort Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 18th day of July, 2005, I caused a copy of the foregoing Stipulation to Dismissal Without Prejudice to be served upon Stephen M. Muller, Esq., Wilmer Cutler Pickering Hale and Dorr, LLP, 60 State Street, Boston, MA 02109, attorney for Accu-Sort, and Timothy Mungovan, Esq., Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110, by regular mail.

/S/ Steven M. Cowley
Steven M. Cowley